IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-0372E |
| ) | |
| ROBERT JAMES HAZLETT, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant has not filed an answer or other response to the Complaint, which pleading was due no later than June 27, 2005.

AND NOW, to-wit, this 18th day of August, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Defendant shall file an answer or other response to the Complaint no later than September 9, 2005.

The failure of Defendant to file a response may result in the entry of default pursuant to Rule 55.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:  Lori Gibson
     Robert James Hazlett