IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT JAMES HAZLETT

    Defendant

Civil No.: 04-372-E

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Default and Default Judgment was served on the following parties on the ___30___ day of ___August___ 2005. by U.S., First-Class Mail

ROBERT JAMES HAZLETT
5903 US ROUTE 322
FRANKLIN, PA 16323

_____
LORI A. GIBSON
PA ID NO: 68013