IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Civil No  04-372-E

v.

ROBERT JAMES HAZLETT

        Defendant,

## JUDGMENT

      **AND NOW**, to wit, this _____ day of _____, 2005, after presentation and consideration of the foregoing Motion for Default and Default Judgment, heretofore filed by the Plaintiff, the United States of America, it is hereby ORDERED that said Motion is GRANTED

      IT IS FURTHER ORDERED that Default is hereby entered against Defendant,   for failure of answer and Judgment by Default is hereby entered against said Defendant and in favor of Plaintiff, the United States of America, as follows:

| | |
|---|---|
| Principal and Advances | $28,919.08 |
| Interest due May 31, 2004 | $ 6,495.88 |
| Interest from June 1, 2004 through August 31, 2005 | |
| At the daily rate of $7.13 | $ 3,258.41 |
| Interest Credit Subject to Recapture | $ 1,182.61 |
| Total | $39,855.98 |

together with interest at 9% per annum to the date of Judgment, plus interest accruing from the date of Judgment at the legal rate and costs.

      It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiffs' Judgment.

      It is further ORDERED that a deficiency judgment is entered for the balance due and any on the default judgment after deduction of monies received as a result of the sale of the subject property.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____

United States District Court Judge