IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff,
        vs.                                  Civil Action No. 04-372E

ROBERT JAMES HAZLETT

    Defendants

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

| | |
|---|---|
| Principal | $28,919.08 |
| Interest to 5/31/04 | $ 6,495.88 |
| Interest at the daily rate $7.13 from 6/1/04 through 9/19/05 date of judgment | $ 3,393.88 |
| Interest Credit Subject to Recapture | $ 1,182.61 |
| Administrative Costs | $ 150.00 |
| Marshal Costs | $ 559.24 |
| Total | $40,700.69 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

Respectfully submitted,
BERNSTEIN LAW FIRM, P.C.

By: _____
Lori A. Gibson, Esquire
Attorney for Plaintiff
PA I.D. #68013
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
**DIRECT DIAL: (412) 456-8100**

NLA003392V001
11/23/2005