IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

       vs.                         Civil Action No. 04-372E

ROBERT JAMES HAZLETT

    Defendants

## AFFIDAVIT OF LAST KNOWN ADDRESS

        Lori A Gibson deposes and says that she is Attorney for Plaintiff, United States of America, and that to the best of her knowledge, information and belief, the name and last known address(es) of the defendant and the owner or reputed owner of the property in question is as follows:

Robert James Hazlett
5903 US Route 322
Franklin, PA 16323

Lori A Gibson, Esquire

Sworn to and subscribed
before me this *29th* day
of *Nov*, 2005

*Cheryl A Bauer*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cheryl A. Bauer, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 22, 2008
Member, Pennsylvania Association Of Notaries