IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,
        vs.                                      Civil Action No. 04-372E

ROBERT JAMES HAZLETT

    Defendants

## WRIT OF EXECUTION

United States of America    )
                                           )    ss:
Western District of Pennsylvania    )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL that certain piece or parcel of land, situate in Cranberry Township, Venango County, Pennsylvania, bounded and described as follows:

BEGINNING at a post, the southwest corner of the tract known as the David Ayers Farm; thence northwardly along the west side of said farm, twenty (20) rods to a post and stones; thence eastwardly and parallel with the south line of said farm, eight (8) rods to a post and stones; thence southwardly and parallel with the west line of said farm, twenty (20) rods to a post and stones; thence westwardly along the south line of said farm, eight (8) rods to a post and stones, the place of beginning.

CONTAINING on (1) acre strict measure.

BEING AND INTENDED TO BE the same parcel of land conveyed by the United States of America, acting through the Administrator of the Farmer's Home Administration, to Robert James Hazlett, by deed dated April 27, 1989 and recorded in the Recorder of Deeds Office for Venango County PA at Deed Book Volume 916 Page 914.

Issue Writ of Execution in the above matter:

NLA003392V001
11 23 2005

| | |
|---|---|
| Principal | $28,919.08 |
| Interest to 5/31/04 | $ 6,495.88 |
| Interest at the daily rate $7.13 from 6/1/04 through 9/19/05 the date of judgment | $ 3,393.88 |
| Interest Credit Subject to Recapture | $ 1,182.61 |
| Administrative Costs | $ 150.00 |
| Marshal Costs | $ 559.24 |
| Total | $40,700.69 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

CLERK OF COURT

Seal of the Court
Date: DEC 0 6 2005 , 2005

_____
DEPUTY CLERK

NLA003392V001
11/23/2005