UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.

                                                          Civil No. GD 04-372-E

ROBERT JAMES HAZLETT

    Defendant

ORDER OF COURT

AND NOW, to wit, this 26th day of April, 2005, upon consideration of Plaintiff's Motion for Special Service, it is hereby ORDERED, ADJUDGED AND DECREED that service in this case shall be made by posting the property known as 5903 US Route 322, Franklin, PA 16323.

BY THE COURT:

_____, J.
Maurice B. Cohill, Jr.

copy to USA