IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

vs.                              Civil Action No. 04-372Erie

ROBERT JAMES HAZLETT

        Defendant(s)

## AFFIDAVIT OF LIENHOLDER

      Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff United States of America; herein that a diligent effort has been made to identify all persons having mortgages, judgments, or other liens on the subject premises; and that the following such persons have been mailed notice of the United States Marshal's Sale in the same form as the handbill by regular mail on January 19, 2006 at the following addresses:

      Venango County Tax Claim Bureau
      Courthouse
      1174 Elk Street
      Franklin, PA 16323

      Cranberry Area School District
      Administrative Office
      3 Education Drive
      Seneca, PA 16346

      Cranberry Township
      P.O. Box 378
      Seneca, PA 16346

      Carol Gustafson, Tax Collector
      P.O. Box 563
      Seneca, PA 16346

NLA003430V001

Child Support Enforcement Agency
Courthouse Annex
1174 Elk Street
Franklin, PA 16323

I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on 2-6-06.

LORI A. GIBSON, ESQUIRE
Attorney for Plaintiff
PA I D #68013
Bernstein Law Firm, P C
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
Phone: 412-456-8100
Bernstein File No. F0052769

NLA003430V001