U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

Case 1:04-cv-00372-MBC   Document ... Filed 03/10/06  Page 1 of ...

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 04-372 Erie MISC. |
| DEFENDANT | TYPE OF PROCESS |
| ROBERT JAMES HAZLETT | HANDBILL NOICE OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5903 US ROUTE 322, FRANKLIN, PA 16323

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE POST HANDBILL NOTICE OF SALE ON PREMISES BEFORE 2-16-06, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH COPY OF HANDBILL NOTICE OF SALE.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 11-30-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No.:
District to Serve No.: 68
Signature of Authorized USMS Deputy or Clerk:
Date:

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 2/15/06  Time: 2:15 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $40.05 | | $138.05 | | $138.05 |

REMARKS:
1-DUSM 2 HRS = $90.00
90 mile Rnd trip @ .445 = $40.05

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Venango County Courthouse Franklin, PA hereinafter described property 5903 US Route 322, Franklin, PA 16323 being more fully described as follows:

ALL that certain piece or parcel of land, situate in Cranberry Township, Venango County, Pennsylvania, bounded and described as follows:

BEGINNING at a post, the southwest corner of the tract known as the David Ayers Farm; thence northwardly along the west side of said farm, twenty (20) rods to a post and stones; thence eastwardly and parallel with the south line of said farm, eight (8) rods to a post and stones; thence southwardly and parallel with the west line of said farm, twenty (20) rods to a post and stones; thence westwardly along the south line of said farm, eight (8) rods to a post and stones, the place of beginning.

CONTAINING on (1) acre strict measure.

BEING AND INTENDED TO BE the same parcel of land conveyed by the United States of America, acting through the Administrator of the Farmer's Home Administration, to Robert James Hazlett, by deed dated April 27, 1989 and recorded in the Recorder of Deeds Office for Venango County PA at Deed Book Volume 916 Page 914.

**SAID SALE** to be held at the **VENANGO COUNTY COURTHOUSE FRANKLIN, PA** at **10:30 a.m.** prevailing, standard time, on **MARCH 20, 2006.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel 08-027-006 in Venango County, Assessment Office Franklin, Pennsylvania. Seized and taken in execution as the property of Robert James Hazlett, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 04-372E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information visit www.resales.usda.gov or contact Michelle Hartzell at 610-775-5474.

ML A003392V001
11 23 2005