IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

  Plaintiff

vs                                    Civil Action No No 04-372E

ROBERT JAMES HAZLETT

  Defendant

## PRAECIPE TO ENTER PROOF OF PUBLICATION

To the Clerk of Court:

    Please enter the proofs of publication for the above-captioned case.

                                            Lori A. Gibson, Esquire

## Proof of Publication in The Derrick
### UNDER ACT NO. 587, APPROVED MAY 16, 1929

STATE OF PENNSYLVANIA,
          SS:
COUNTY OF VENANGO

    Edward B. Cowart, of Venango Newspapers, Inc. of the County and State aforesaid, being duly sworn, deposes and says that THE DERRICK newspaper of general circulation published at Oil City, Pa., County and State aforesaid, was established in 1871, since which time THE DERRICK has been regularly issued in said County, and that the printed notice or publication attached hereto is exactly the same as printed in the regular edition and issue of the said THE DERRICK on the following dates viz:

                  20th and 27th of February and the 6th and 13th of March, 2006

    Affiant further deposes that he is authorized by VENANGO NEWSPAPERS, INC., agent for said THE DERRICK, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice or advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

Sworn to and subscribed before me this 13th day of Mar., 2006

_Barbara J. Moffatt_

NOTARIAL SEAL
Barbara J. Moffatt, Notary Public
Oil City, Venango County, Pennsylvania
My Commission Expires April 29, 2009

### STATEMENT OF ADVERTISING COST

Bernstein Law Firm, PC                                                        #2553766
%Cheryl Bauer
707 Grant Street Suite 2200
Pittsburgh PA 15219-1900

    The VENANGO NEWSPAPERS INC., Dr.
        Agent for The Derrick

For publishing the notice or publication attached
    hereto on the above dates                                   $1,677.24
Probating same                                                  11.00
    Total                                                     $1,688.24

### Publisher's Receipt for Advertising Costs

    VENANGO NEWSPAPERS, INC. agent for THE DERRICK, hereby acknowledges receipt of the aforesaid notice and publication costs, and certifies that the same have been duly paid.

                        By _____

---

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Venango County Courthouse Franklin, PA hereinafter described property 5903 US Route 322, Franklin, PA 16323 being more fully described as follows:
ALL certain piece of land, situate in Cranberry Township, Venango County, Pennsylvania, CONTAINING one (1) acre strict measure. Deed Book Volume 916 Page 914.
SAID SALE to be held at the **VENANGO COUNTY COURTHOUSE FRANKLIN, PA** at **10:30 a.m.** prevailing time, on **MARCH 20, 2006.**
All those certain tracts of land, together with the buildings, and improvements erected thereon described as Tax Parcel 08-027-006 in Venango County, Assessment Office Franklin, Pennsylvania. Seized and taken in execution as the property of Robert James Hazlett, at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Civil Action Number 04-372E. TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U.S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of