IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

    vs.                                             Civil Action No. No 04-372E

ROBERT JAMES HAZLETT

    Defendants

### SCHEDULE OF DISTRIBUTION

    Real property cried and sold to Daniel L. Heath in consideration of the sum of $33,600.00. Total bid to the United States of America, acting through the United States Department of Agriculture, to be applied to the within judgment as above captioned: $32,595.86. Other amounts distributed from proceeds of the sale re set forth in detail in Exhibit "A" which is attached hereto.



Thomas M. Fitzgerald
United States Marshal for the
Western District of Pennsylvania

CAB000950SV001
4/28/2006

Distribution of money received from sale of real estate of Robert James Hazlett by Thomas M. Fitzgerald, United States Marshal, March 20, 2006 at Civil Action No. 04-372E

Bid: $33,600.00

U.S. Marshal's Costs.................................$1,004.14

$1004.14

Balance: $32,595.86

CAB0009503V001
4/28/2006